Ryan P. Steen, AK Bar No. 0912084
Jason T. Morgan, AK Bar No. 1602010
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA  98101
(206) 624-0900 (phone)
(206) 386-7500 (facsimile)

Connor R. Smith, AK Bar No. 1905046
Stoel Rives LLP
510 L Street, Suite 500
Anchorage, AK  99501
(907) 277-1900 (phone)
(907) 277-1920 (facsimile)

*Attorneys for United Cook Inlet Drift Association
and Cook Inlet Fishermen's Fund*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED COOK INLET DRIFT ASSOCIATION and COOK INLET FISHERMEN'S FUND,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE; et al.,<br><br>Defendants.<br><br>and<br><br>STATE OF ALASKA,<br><br>Intervenor-Defendant. | **REQUEST FOR ORAL ARGUMENT**<br><br><br><br>Civil Action No.:  3:24-cv-00116-SLG<br>LEAD CASE |
| UNITED COOK INLET DRIFT ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>Defendants. | Case No. 3:24-cv-00154-SLG<br>CONSOLIDATED |

*United Cook Inlet Drift Association, et al. v. NMFS, et al.*
Case No. 3:24-cv-00116-SLG

1

Pursuant to Local Rule 7.1(f), Plaintiffs United Cook Inlet Drift Association and Cook Inlet Fishermen's Fund request oral argument in connection with their filings at Dockets 37 and 46. For scheduling purposes, undersigned counsel is generally available apart from trial scheduled the week of February 3, 2025, and planned travel the week of February 17, 2025.

DATED this 28th day of January 2025.

                                      STOEL RIVES, LLP

                                      */s/ Connor R. Smith*
                                      Ryan P. Steen, AK Bar No. 0912084
                                      Jason T. Morgan, AK Bar No. 1602010
                                      Connor R. Smith, AK Bar No. 1905046

                                      *Attorneys for Plaintiffs United Cook Inlet Drift Association and Cook Inlet Fishermen's Fund*

# CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2025, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court, District of Alaska, by using the CM/ECF system. Participants in this Case No. 3:24-cv-00116-SLG, who are registered CM/ECF users, will be served by the CM/ECF system.

Maggie Baker Smith
Wildlife and Marine Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
maggie.smith@usdoj.gov

*Attorney for Defendants*

Aaron Christian Peterson
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
aaron.peterson@alaska.gov

*Attorney for Intervenor Defendant*
*State of Alaska*

/s/ Connor R. Smith
Connor R. Smith

*United Cook Inlet Drift Association, et al. v. NMFS, et al.*
Case No. 3:24-cv-00116-SLG
3
127724867.1 0014655-00002
Case 3:24-cv-00116-SLG    Document 47    Filed 01/28/25    Page 3 of 3