Ryan P. Steen, AK Bar No. 0912084  
Jason T. Morgan, AK Bar No. 1602010  
Stoel Rives LLP  
600 University Street, Suite 3600  
Seattle, WA 98101  
(206) 624-0900 (phone)  
(206) 386-7500 (facsimile)  

Connor R. Smith, AK Bar No. 1905046  
Stoel Rives LLP  
510 L Street, Suite 500  
Anchorage, AK 99501  
(907) 277-1900 (phone)  
(907) 277-1920 (facsimile)  

*Attorneys for United Cook Inlet Drift Association and Cook Inlet Fishermen's Fund*

IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED COOK INLET DRIFT ASSOCIATION and COOK INLET FISHERMEN'S FUND,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE; et al.,<br><br>Defendants.<br><br>and<br><br>STATE OF ALASKA,<br><br>Intervenor-Defendant. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**<br><br>Civil Action No.: 3:24-cv-00116-SLG<br>LEAD CASE |
| UNITED COOK INLET DRIFT ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>Defendants. | Case No. 3:24-cv-00154-SLG<br>CONSOLIDATED |

*United Cook Inlet Drift Association, et al. v. NMFS, et al.*  
Case No. 3:24-cv-00116-SLG

1

IT IS HEREBY ORDERED that Plaintiffs' Request for Oral Argument is GRANTED. Oral Argument on Plaintiffs' filings at Dockets 37 and 46 is scheduled for _____, 2025, at _____ \_\_\_.m.

Dated this _____ day of _____ 2025.

_____
HONORABLE SHARON L. GLEASON
U.S. DISTRICT COURT JUDGE

I hereby certify that on January 28, 2025, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court, District of Alaska, by using the CM/ECF system. Participants in this Case No. 3:24-cv-00116-SLG, who are registered CM/ECF users, will be served by the CM/ECF system.

Maggie Baker Smith
Wildlife and Marine Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
maggie.smith@usdoj.gov

*Attorney for Defendants*

Aaron Christian Peterson
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
aaron.peterson@alaska.gov

*Attorney for Intervenor Defendant*
*State of Alaska*

/s/ Connor R. Smith
Connor R. Smith

*United Cook Inlet Drift Association, et al. v. NMFS, et al.*
Case No. 3:24-cv-00116-SLG

2

127734584.1 0014655-00002