# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| UNITED COOK INLET DRIFT ASSOCIATION, *et al.*,<br>*Plaintiffs,*<br>v.<br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br>*Defendants,*<br><br>STATE OF ALASKA,<br>*Intervenor-Defendant.* | Civil Action No. 3:24-cv-00116-SLG |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT judgment is entered in favor of Defendants and Plaintiffs' claims are DISMISSED with prejudice.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: July 1, 2025

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*