

**U.S. Department of Justice**

United States Marshals Service

*District of Alaska*

---

*Anchorage, AK 99513*

August 21, 2025

### UNITED STATES MARSHAL'S BILL OF COSTS

**Sea-Q, Inc., vs. F/V Stranger (O.N. 961307)**
**3:24-CV-00116**

| | |
|---|---|
| Amount paid by Plaintiff | $5,000.00 |
| **Less Fees and Costs**: | |
| USM-285 Service Fees: | $260.00 |
| Mileage Fee for service Round Trip: | $316.61 |
| USM-285 Mail service Fees: | $37.98 |
| Admin Fees: | $0.00 |
| Travel (airfare, lodging, meal, etc.): | $0.00 |
| Publishing Fees: | $0.00 |
| Commission: | $0.00 |
| Insurance on Vessel: | $200.00 |
| **TOTAL** | **$814.59** |
| **Account Balance:_ Refund _ Funds Owed** | **$4,185.41** |

A review of your file revealed that you **DO NOT** owe the US Marshals Service. The breakdown of your bill is outlined above. Please send payment to address below. If you have any questions, please email the Administrative Officer at gregory.adrien@usdoj.gov.

Sincerely,
//ORIGINAL SIGNED//
Gregory Adrien
Administrative Officer
United States Marshal Service